Charles R. Messer (SBN 101094)
Messerc@cmtlaw.com
David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
J. Grace Felipe (SBN 190893)
Felipeg@cmtlaw.com
**CARLSON & MESSER LLP**
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
*PROFESSIONAL RECOVERY SERVICES, INC.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX WILD, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>   vs.<br><br>PROFESSIONAL RECOVERY SERVICES, INC.,<br><br>       Defendant. | CASE NO. 2:15-cv-03034-JAK-PLA<br><br>CLASS ACTION<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that this entire action has been settled. The parties anticipate that they will complete the memorialization of their agreement, and file a stipulation of dismissal with prejudice as to plaintiff MAX WILD, and without prejudice as to the putative class members, within 60 days from the date of this notice.

In light of the settlement, the parties request that the Court take off calendar all future hearing dates in this case.

DATED: July 23, 2015, **MARTIN & BONTRAGER, APC**

/s/ Nicholas J. Bontrager
G. Thomas Martin, III
Nicholas J. Bontrager
Attorneys for Plaintiff
*MAX WILD*

DATED: July 23, 2015 **CARLSON & MESSER LLP**

/s/ J. Grace Felipe
Charles R. Messer
David J. Kaminski
J. Grace Felipe
Attorneys for Defendant,
*PROFESSIONAL RECOVERY SERVICES, INC.*