# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX WILD, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> PROFESSIONAL RECOVERY SERVICES, INC., <br><br> Defendant. | CASE NO. 2:15-cv-03034-JAK-PLA <br><br> **ORDER GRANTING STIPULATION TO DISMISS ACTION** <br><br> **JS-6** |

The Court has reviewed the Stipulation to Dismiss of Plaintiff MAX WILD and Defendant PROFESSIONAL RECOVERY SERVICES, INC. (collectively referred to as "the Parties"). Good cause appearing, the Court grants the Parties' Stipulation to Dismiss the entire action.

/ / /

/ / /

/ / /

1  As stipulated by the Parties, the action is dismissed with prejudice as to
2  Plaintiff MAX WILD, individually, and dismissed without prejudice as to the
3  putative class members, pursuant to *Federal Rule of Civil Procedure*
4  41(a)(1)(A(ii).  Each party is to bear their respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  August 31, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE